**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 23 EAL 2022

             Respondent                 :

                                   :    Petition for Allowance of Appeal

                                   :    from the Order of the Superior Court

           v.                           :

                                   :

KEITH WILLIAMS,                     :

                                   :

             Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.